UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL MALOT,

        Plaintiff,                                  Case No. 2:12-CV-405

v.                                                 HON. GORDON J. QUIST

LINCOLN MARSHALL, et al.,

        Defendants.

                               /

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on June 18, 2013. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 18, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motions for a Temporary Restraining Order and a Permanent Injunction (docket nos. 27 and 30) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend or Correct his Motions for a Temporary Restraining Order and a Permanent Injunction (docket no. 46) is **DENIED**.

Dated: August 8, 2013                                            /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE